UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

      Plaintiffs,

vs.

ZEE JAY JERSEY REALTY, LLC,
a New Jersey Limited Liability Company,

      Defendant.
_____/

Case No. 3:15-cv-6389-FLW-LHG

ORDER DISMISSING PLAINTIFFS'
COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs, The Independence Project, Inc., and Ronald Moore ("Plaintiffs") and the attorneys for Defendant, Zee Jay Jersey Realty, LLC that Plaintiffs hereby dismiss all claims against Defendant with prejudice, each party to bear their own fees, costs and attorney's fees.

Respectfully Submitted,

    s/Keith Harris
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mount Pleasant Ave. Ste. 200
Livingston, NJ 07039
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

Date: 8/24/2017

    s/ Elizabeth Ann Butler
Elizabeth Ann Butler, Esq.
Jeffrey M. Gorenstein, Esq.
Kaufman, Borgeest & Ryan, LLP
9 Campus Drive
Parsippany, NJ 07054
Telephone: 973-451-9600
Facsimile: 973-451-1050
ebutler@kbrlaw.com
jgorenstein@kbrlaw.com
*Attorneys for Defendant*

Date: 8/24/2017

SO ORDERED:

_____
Hon. Freda L. Wolfson, US District Judge

Date: August 24, 2017